A11A1021. McRAE v. ARBY'S RESTAURANT GROUP, INC. et al.
(742 SE2d 510)

BARNES, Presiding Judge.

In *Arby's Restaurant Group v. McRae*, 292 Ga. 243 (734 SE2d 55) (2012), the Supreme Court of Georgia reversed the judgment of this court in *McRae v. Arby's Restaurant Group*, 313 Ga. App. 313 (721 SE2d 602) (2011). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ellington, C. J., Phipps, P. J., Doyle, P. J., Miller, Ray, and McMillian, JJ., concur.*

DECIDED MAY 1, 2013.

*Clements & Sweet, Lawrence T. Clements, Bruce P. Johnson*, for appellant.

*Hamilton, Westby, Antonowich & Anderson, Andrew J. Hamilton, James H. Chandler*, for appellee.

*Thomas A. Eaton, Todd K. Maziar, Robert D. Ingram, Ryan G. Prescott*, amici curiae.